UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-60500-BLOOM/VALLE

MANUEL R. CABRERA,

    Plaintiff,

v.

HAIMS MOTORS, INC.,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND AFFIDAVIT**

Pursuant to the Court's Paperless Order (ECF No. 40), the undersigned attorney, Darren R. Newhart, hereby sets forth a concise statement of the attorney's fees incurred in seeking Defendant's compliance. I, Darren Newhart, declare:

1. That I make this declaration in support of the attorney's fees requested herein based on my personal knowledge, under penalty of perjury.

2. That the following sworn statements are true and correct.

3. That the total time spent was:

- 10/11/2017 - 0.1 hours – Draft e-mail to defense counsel advising Defendant's responses to Plaintiff's Second Request for Admission were overdue.

- 10/11/2017 – 0.1 hours – Review/receipt of e-mail from defense counsel asking for additional (5) days to respond.

- 10/12/2017 – 0.1 hours – Draft e-mail to defense counsel asking why Defendant needed additional (5) days to respond.

- 10/16/2017 – 0.1 hours – Review/receipt of e-mail from defense counsel advising Defendant needed to finalize responses.

- 10/16/2017 – 0.1 hours – Draft e-mail to defense counsel advising the (5) days had already passed and would Defendant be providing responses.

- 10/17/2017 – 0.3 hours – Review the Federal Rules of Civil Procedure related to responding to requests for admission.

- 10/17/2017 – 0.3 hours – Research federal case law where court deemed requests for admission admitted for failure to respond.

- 10/17/2017 – 0.3 hours – Review case file for dates and correspondence to include in drafting the Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.7 hours – Draft Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.1 hours – Draft e-mail to secretary to draft a proposed order on Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.3 hours – Draft proposed order on Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.1 hours – Review/receipt of e-mail including the attached proposed order.

- 10/17/2017/ - 0.1 hours – Review proposed order on Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.1 hours – Draft e-mail to the Court including the proposed order.

- 10/17/2017 – 0.1 hours – File Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/17/2017 – 0.1 hours – Review/receipt from Court confirming submission of Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/23/2017 – 0.2 hours – Review Defendant's Response to Plaintiff's Motion to Deem Requests for Admission Admitted.

- 10/23/2017 – 0.1 hours – Review/receipt of the Court's Paperless Order granting attorney's fees and costs.

- 10/27/2017 – 0.4 hours – Draft Plaintiff's Attorney Fee Affidavit.

TOTAL HOURS:

3.6 hours at $350.00 per hour = $1,260.00

0.1 hours at $150.00 per hour = $15.00

Wherefore, Plaintiff respectfully requests the Court enter an order awarding Plaintiff's counsel the full amount of attorney's fees requested herein, to be paid by Defendant, Haims Motors, Inc., within (10) days from entry of the Court's Order, and any other relief the Courts deems appropriate.

Dated: October 27, 2017                    Respectfully submitted,

/s/ Darren R. Newhart
Darren R. Newhart, Esq.
Florida Bar No.: 0115546
E-mail: darren@cloorg.com
/s/ J. Dennis Card Jr.
J. Dennis Card, Jr., Esq.
Florida Bar No.: 0487473
E-mail: dennis@cloorg.com
Consumer Law Organization, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
Telephone: (561) 822-3446
Facsimile: (305) 574-0132
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2017, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/ Darren R. Newhart<br>
Darren R. Newhart

## SERVICE LIST

Ernesto J. Buitrago, Esq.
FL. Bar No.: 113660
Ebuitrago@buitragolawfirm.com
Buitrago Law Firm, P.A
2933 W. Cypress Creek Rd., Suite 201
Fort Lauderdale, FL. 33309
Tel: 954-532-0990
Fax: 954-994-0045