# EXHIBIT "C"

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MANUEL CABRERA, | ) |
| | ) Case No: 17-CIV-60500-Bloom/Valle |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| HAIMS MOTORS, INC., | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

**SWORN DECLARATION OF ATTORNEY J. DENNIS CARD JR.**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES**

In support of Plaintiff's Motion for an award of attorney's fees, I, J. Dennis Card Jr. make the following sworn statement:

1.     I have been licensed to practice law for more than 16 years, and have been in good standing with all courts as specifically designated below:

- Supreme Court of Florida Tallahassee, Florida Admitted: June 5, 2001.

- United States District Court for the Southern District of Florida Miami, Florida Admitted: July 12, 2002.

- United States District Court for the Middle District of Florida Tampa, Florida Admitted: August 20, 2003.

- United States District Court for the Northern District of Florida Tallahassee, Florida

- Admitted: July 12, 2012.

- United States Court of Appeals for the Eleventh Circuit Atlanta, Georgia Admitted:

2

July 26, 2012.

- United States District Court for the State of Colorado Admitted July 28, 2011.

2.      As an undergraduate, I attended Florida State University and earned a Bachelor of Science in Political Science and a Minor in Communication on December 13, 1997. I received the distinction of graduating Cum Laude. I graduated law school from the University of Arkansas School of Law on January 16, 2001.

3.      I have been lead Plaintiff s counsel in over 800 federal cases in Florida district courts, which are comprised mainly of Fair Debt Collection Practices Act, Florida Consumer Collection Practices Act, and Fair Labor Standards Act claims. I have tried more than twenty (20) cases to verdict. I have been lead counsel in well over 500 state law cases.

4.      In 2017, I was certified as co-lead class counsel for a multi-state consumer law F.D.C.P.A. class action claim that resulted in a recovery for more than 2,500 consumers.  (*See* Michael Shore v. JP Morgan Chase Bank, N.A., Case No. 16-60125-civ-Cohn/Seltzer.)

5.      In 2017, I was certified as co-lead class counsel for a multi-state consumer law F.D.C.P.A. class action claim that resulted in a recovery for 6,000 class members. (*See* Ignacio Paneque v. Bank of America, N.A. and Frenkel, Lambert, Weiss, Weisman & Gordon, LLP, Case No. 16-cv-21212-DPG.)

6.      In 2017, I was certified as co-lead counsel for a class action claim that involved thousands of consumers who alleged violations under the Fair Debt Collection Practices Act, the Florida Consumer Collection Practices Act and the Real Estate Settlement Practices Act. (*See* Bacardi v. Select Portfolio Servicing, Inc., Case No. 16-23381-RNS.)

7.      In 2015 and 2017, I was the lead attorney in two successful consumer law 11th Circuit

3

Court of Appeal reversals.  (*See* <u>Kevin Prescott v. Seterus, Inc.</u>, No. 15-10038, 11th Cir.; 2015 U.S. App. LEXIS 20934; *See* also <u>Kevin Prescott v. Seterus, Inc.</u>  16-15370 (11th Cir.  April 11, 2017)  The underlying claims involved the FDCPA and the FCCPA.

8.      In 2015, I prevailed in arbitration in an FCCPA arbitration over Green Tree Servicing, LLC.  The claim is currently pending with damages estimated of at least $18,000,000.00.  (*See* <u>Adrian Koltun v. Green Tree Servicing, LLC</u>, Case No. CACE 15022456, Circuit Court of Broward County.)

9.      In 2017, the undersigned was appointed as co-lead counsel for more than 7,000 consumers in a consumer law case.  The basis for class certification include violations of the FDCPA, FCCPA and RESPA. (*See* <u>Kimberly Bacardi v. Select Portfolio Servicing, Inc.</u>, Case No. 16-cv-23381-RNC.)

10.     After litigating a single Plaintiff FLSA claim for almost two (2) years and ultimately obtaining complete recovery for the Plaintiff (*See* <u>Stephen Palma v. Florida Neurological Center, LLC</u>, Case No. 10-cv-117-Oc-34TBS), I was designated as lead class counsel for all other sleep technicians employed by Defendant.  All members of the class received 100% of their back due wages, plus an equal amount for liquidated damages.  (*See* <u>Robert Passiatore v. Florida Neurological Center, LLC</u>, Case No. 11-cv-243-Oc-34TBS.)

11.     I represented an individual who was rendered a quadriplegic in a horrific work-related accident. The claim was denied in its entirety by the insurance carrier.  After numerous depositions and extensive discovery, on the eve of trial, the insurance carrier accepted the claim as compensable, resulting in over $3,000,000 of benefits for the injured worker and his family.  (*See* <u>Borno Pierre v. Quality Sod of the Palm Beaches, OJCC</u> Case No. 08-0003959RDM.)

4

12.     I was the lead attorney in a First District Court of Appeal reversal which changed the legal standard for evaluating fraud defenses in workers compensation claims.  (*See* Roger Dieujuste v. J. Dodd Plumbing, Inc., Case No. 1D08-1374.)

13.     I have presented a Fair Labor Standards Act seminar for C.L.E. credits for the Broward County Bench and Bar for more than 100 attorneys and approximately twenty (20) judges. (February 26, 2010, Broward County Bench and Bar, Fort Lauderdale Marriott, Fort Lauderdale, Florida "The Link Between the Fair Labor Standards Act and Workers Compensation.")

14.     I am a member of the National Association for Consumer Advocates, a legal fraternity dedicated exclusively to the representation of consumers.

15.     I am a graduate of the Pete Barry F.D.C.P.A Boot Camp and the Max Gardener Bankruptcy Boot Camp, arguably two of the best consumer law boot camps in the nation.

16.     I have been awarded $350.00 in a single Plaintiff F.D.C.P.A claim by this Court. (*See* Kevin Prescott v. Seterus, Inc. Case No. 13-cv-62338, D.E. 143), and $375.00 per hour in a single Plaintiff F.L.S.A claim by Judge Dimitrouleas in 2017.  (*See* Kirk Thomas v. USA Air Duct Cleaners, LLC., Case No. 16-62540, D.E. 72 & 73.)

17.     Further, an attorney with far less experience has been awarded $400.00 per hour in 2008. (*See, e.g.,* CC-Aventura, Inc. v. Weitz Co., LLC, 06-21598-CIV, 2008 WL 276057 (S.D. Fla. Jan. 31, 2008) (holding that an 8–year associate could recover $400.00 per hour.)

18.     $400.00 is a reasonable hourly rate for the services rendered in this claim, particularly given the exceptional outcome.

19.     $85.00 per hour is a reasonable fee for all paralegal time spent in connection with the prosecution of this claim.

20.    $325.00 per hour is a reasonable hourly rate for attorney Darren Newhart.

21.    The total sum of attorney fees due are $114,614.83.  Plaintiff's Motion for Attorney Fees and Plaintiff's contemporaneous time sheets are attached in support of the same.

22.    I certify that all of the time spent was necessarily incurred in the prosecution of this claim, and the entries are true and accurate time records that were kept contemporaneously during the course of litigation.

       I, J. Dennis Card Jr. declare under penalty of perjury, that the foregoing statements are true and accurate.

Dated: February 23, 2017                 /s/ J. Dennis Card Jr.
                                         J. Dennis Card, Jr., Esq. (FL Bar No: 0487473)
                                         E-mail: dennis@cloorg.com
                                         CONSUMER LAW ORGANIZATION, P.A.
                                         721 US Highway 1, Suite 201
                                         North Palm Beach, Florida 33408
                                         Telephone: (561) 822-3446
                                         Facsimile: (305) 574-0132
                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 23rd day of February 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:  Ernesto Buitrago, Esq., Attorney for Defendant.

                                         /s/ J. Dennis Card, Jr.
                                         J. Dennis Card, Jr., Esq.